UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PHILIP B. GILBERT, <br> Defendant. | CASE NO. CR19-213RSM <br><br> **ORDER CONTINUING TRIAL DATE PURSUANT TO GENERAL ORDER 02-20** |

Pursuant to General Order 02-20 re Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus, the trial date in this case is continued from May 4, 2020 to July 20, 2020. Pretrial motions are due by June 11, 2020.

Given the findings of General Order 02-20, the period of delay from the date of this order to the new trial date is excludable time under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuance outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 23rd day of March, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE