CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP B. GILBERT,<br><br>Defendant. | No. CR19-213 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Gilbert would like to take responsibility in this matter and is seeking a sentence of time served; and

(c) Mr. Gilbert wishes to enter a plea as soon as possible in light of a pending sexual assault charges issued out of Contra Costa County California for which he faces extradition; and

*ORDER TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE* - 1
*USA v. Gilbert, CR19-213 RSM*

1201 Pacific Avenue, Suite C7 Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957

VINDICATE
CRIMINAL LAW GROUP

1     (d) a videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

    IT IS THEREFORE ORDERED that this matter should be set for a guilty plea hearing via videoconference at the earliest practicable date.

    DONE this 4th day of June, 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE



*ORDER TO CONTINUE TRIAL AND*
*PRETRIAL MOTIONS DEADLINE  - 2*
*USA v. Gilbert, CR19-213 RSM*

1201 Pacific Avenue, Suite C7 Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957