CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR19-213 RSM |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE SENTENCING HEARING VIA VIDEOCONFERENCE |
| PHILIP B. GILBERT, | |
| Defendant | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a sentencing hearing via videoconference and finds that:

(a.) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b.) Mr. Gilbert – would like to take responsibility in this matter and is seeking a sentence

**ORDER GRANTING SENTENCING HEARING**
**VIA VIDEO CONFERENCE**
**USA v. Gilbert, CR19-213 RSM**



1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957

of time served; and

(c.) Mr. Gilbert wishes to be sente4nced as soon as possible in light of a pending sexual assault charges issued out of Contra Costa County California for which he faces extradition; and

(d.) A videoconference sentencing hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interest of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for sentencing hearing via videoconference at the earliest practicable date.

DONE this 29th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SENTENCING HEARING
VIA VIDEO CONFERENCE
USA v. Gilbert, CR19-213 RSM



VINDICATE
CRIMINAL LAW GROUP

1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957