The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP B. GILBERT,<br><br>Defendant. | No. CR19-213-RSM<br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- Asus laptop computer bearing serial number HZN0CV03R266069; and
- Seagate external hard drive bearing serial number NA7G69SW.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreement that Defendant Gilbert entered on June 22, 2020, he agreed to forfeit his interest in the above-identified property as property used to commit or to promoted commission of the offense, Possession of Child Pornography, and/or consists of prohibited images, in violation of 18 U.S.C.

Final Order of Forfeiture - 1
*United States v. Gilbert,* CR19-213-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

§§ 2252(a)(4)(B) and (b)(2), to which he entered a guilty plea (Dkt. No. 38, ¶ 11);

- On September 18, 2020, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it (Dkt. No. 45);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 46), and also provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A-B); and

- The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.     No right, title, or interest in the above-listed property exists in any party other than the United States;

2.     The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3.     The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 29th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

Final Order of Forfeiture - 2
*United States v. Gilbert*, CR19-213-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

Presented by:

2

3

4

*s/Krista K. Bush*

KRISTA K. BUSH

5

Assistant United States Attorney

United States Attorney's Office

6

700 Stewart Street, Suite 5220

7

Seattle, WA 98101

(206) 553-2242

8

Krista.Bush@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture - 3
*United States v. Gilbert*, CR19-213-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970